# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL   'O'   JS-6

| | |
|---|---|
| Case No. | 2:18-cv-00314-CAS(JPRx) |
| Date | April 23, 2018 |
| Title | ELIAS STAVRINIDES, ET AL. V. VIN DE BONA, ET AL. |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** (IN CHAMBERS) – ORDER DISMISSING COMPLAINT WITH PREJUDICE

On October 5, 2017, plaintiffs Elias and Kristi Stavrinides, proceeding *pro se*, filed this copyright infringement action in the Northern District of California against defendants Vin Di Bona and Cara Communications Corporation. Dkt. 1. On January 8, 2018, Judge William H. Orrick granted defendants' motion to transfer the case to the Central District of California pursuant to a forum-selection clause in one of the underlying agreements between the parties. Dkt. 29.

After the case was assigned to this Court on January 16, 2018, dkt. 33, defendants filed a motion to dismiss on February 2, 2018 pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dkt. 34. On March 12, 2018, the Court granted defendants' motion to dismiss the complaint in its entirely. Dkt. 36. However, the Court allowed plaintiffs twenty-one (21) days to file an amended complaint addressing the deficiencies identified in the order, cautioning that failure to do so may result in dismissal with prejudice. Id.

Plaintiffs have failed to file an amended pleading. Accordingly, the Court hereby **DISMISSES** the complaint with prejudice. Each party shall bear their own costs and fees. All dates are hereby vacated and the action is hereby ordered closed.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |